No. 87–731. GLOBE NEWSPAPER CO. ET AL. *v.* KING. Sup. Jud. Ct. Mass. Motion of American Newspaper Publishers Association et al. for leave to file a brief as *amici curiae* granted.

Certiorari denied.   JUSTICE BRENNAN would grant certiorari.